124 F.3d 189
 Emerson Tucker
v.
Bayside State Prison, New Jersey State Prison, U.S., William
Clinton, President of U.S., Alford M. Wolin, U.S.D.J., R. L.
Williams, Officer, Boyd Williams, II, Associate
Administrator of Bayside State Prison, Leone, Administrator
of Bayside State Prison, Lawrence R. Ashton, Sr.,
Administrator of Bayside State Prison, Polly Porter,
Classification Officer of Bayside State Prison, Judith
Peper, Classification Officer of Bayside State Prison, R.
 NO. 96-5216
 United States Court of Appeals,
Third Circuit.
 July 18, 1997
 
 Appeal From: D.N.J. ,No.95cv03365 ,
 Irenas, J.
 
 
 1
 Affirmed.